IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| KEITH DANIEL WRIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>    Defendant. | CIVIL ACTION NO.: 5:22-cv-70 |

**O R D E R**

This matter comes before the Court based on Plaintiff's failure to submit a brief in support of his position the Commissioner's denial of Social Security benefits should be reversed. The Commissioner filed her Answer and the transcript on May 24, 2023. Docs. 7, 8. Accordingly, Plaintiff was to file his brief on or before June 23, 2023. Plaintiff has not done so.

Thus, the Court **ORDERS** Plaintiff to file his brief within 14 days of this Order. Plaintiff's failure to respond to this Court's Order shall result in the dismissal of this cause of action, without prejudice, for failure to follow this Court's Orders and the applicable Social Security Rules.[1]

**SO ORDERED**, this 12th day of July, 2023.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Clerk of Court previously provided Plaintiff with only one of the Supplemental Rules. Doc. 5-1. The Court hereby **DIRECTS** the Clerk of Court to provide a complete copy of the Supplemental Rules to Plaintiff.