AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KEITH DANIEL WRIGHT,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: 5:22-cv-070

MARTIN O'MALLEY, Commissioner of Social Security,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 27, 2024, the Court affirms the Administrative Law Judge's decision. This case stands closed.

Approved by: *[signature]*
HON. BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

Date: 03/27/2024

John E. Triplett, Clerk of Court
Clerk

*[signature]*
(By) Deputy Clerk

GAS Rev 10/2020